It is so ordered.  This matter is hereby dismissed without prejudice.
/s/ John R. Adams
U.S. District Judge
9/11/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHARON EMERSON ) | |
| ) | CASE NO. 4:23cv00974 |
| Plaintiff, ) | |
| ) | JUDGE JOHN R. ADAMS |
| v. ) | |
| ) | |
| SPECIALIZED HOME CARE ) | **NOTICE OF VOLUNTARY** |
| PROVIDERS, LLC ) | **DISMISSAL, *WITHOUT PREJUDICE*** |
| ) | |
| ) | |
| Defendant. ) | |

Plaintiff Sharon Emerson, by and through undersigned counsel, hereby provides notice that she is voluntarily dismissing this action, without prejudice, pursuant to Civ. R. 41(A)(1)(i).

Respectfully submitted,

*/s/Chris P. Wido*
Chris Wido (0090441)
**SPITZ, THE EMPLOYEE'S ATTORNEY**
25825 Science Park Drive, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email:  Chris.Wido@Spitzlawfirm.com

*Attorney for Plaintiff Sharon Emerson*